THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael James
 McFetridge, Appellant.
 
 
 

Appeal From York County
 Clifton Newman, Circuit Court Judge
Unpublished Opinion No.  2009-UP-371
Submitted June 1, 2009  Filed June 29,
 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott; all of Columbia,  and Solicitor Kevin S. Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Michael James McFetridge appeals his guilty plea to
 impersonating a police officer.  McFetridge argues the court erred in accepting
 his guilty plea because there was no factual basis.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967)
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss
 the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., and THOMAS and KONDUROS, JJ. concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.